Matthew R. Bainer, Esq. (SBN 220972)
**THE BAINER LAW FIRM**
1901 Harrison St., Suite 1100
Oakland, California 94612
Telephone: (510) 922-1802
Facsimile: (510) 844-7701
mbainer@bainerlawfirm.com

Attorneys for Plaintiff Philip Dolan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP DOLAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:18-cv-06934-BLF<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 4, 2021<br>Time: 9:00 a.m.<br>Courtroom.: 3 |

Defendant FedEx Ground Package System, Inc. ("Defendant"), Motion requests that dismissal of Plaintiff's Individual and class claims pursuant to an individual settlement agreement entered into between Plaintiff and Defendants. Plaintiff does not dispute the facts pertaining to that settlement, as described in Defendant's Motion nor oppose Defendant's Motion pursuant to that settlement.

Dated: October 14, 2021

Respectfully submitted,

The Bainer Law Firm

By: */s/ Mattthew R. Bainer*
Matthew R. Bainer, Esq.
Attorneys for Plaintiffs