**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PHILIP DOLAN,<br><br>    Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-06934-BLF<br><br>**JUDGMENT** |

  Summary judgment having been granted in favor of Defendant FedEx Ground Package System, Inc., and claims against Defendant Josemite IV having been dismissed without prejudice,

  It is hereby ordered and adjudged that Plaintiff take nothing by this action and that

  Judgment is entered for Defendant FedEx Ground Package System, Inc. and against Plaintiff.

Dated: November 1, 2021

_____
BETH LABSON FREEMAN
United States District Judge